# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES

**LYNN D. SCHENCK**

     vs.                  **CASE NUMBER: 5:06-CV-1138 (FJS/VEB)**

**COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendations of Magistrate Judge Victor E. Bianchini are hereby approved, the Defendant's Motion for Judgment on the Pleadings is denied, further ordered that Plaintiff's Cross Motion for Judgment on the Pleadings is denied in part and granted in part and the Complaint is Remanded for Reconsideration.

That the EAJA Consent Stipulation and Order was approved and plaintiff's attorney Christopher Caden, Esq., is awarded $6,500.00 in attorneys fees and expenses pursuant to the Equal Access to Justice Act.

All of the above pursuant to the Orders of the Honorable Judge Frederick J. Scullin, Jr., dated March 10th, 2009 and March 27th, 2009.

DATED: March 16, 2009

*[signature]*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk